**PRISONER CASE**



CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** PLES ROBINSON

**Defendant(s):** ROMARO, etc., et al.

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**
Ples Robinson
R-66122
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**

F I L E D
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV4838
JUDGE ASPEN
MAG.JUDGE ASHMAN**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:**   **Date:** 8/25/08

Aspen
Ashman

96cv5232