C4

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED

AUG 2 5 2008
AUG 25 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Ples Robinson
<u>Plaintiff</u>
Superintendent Salazar.
Assist Executive Director
Romao.
Executive Director Salvador
Godinez. Defendant(s)
Sheriff Thomas Dat. Officer Staples.

08CV4838
JUDGE ASPEN
CA MAG. JUDGE ASHMAN

JUDGE_____

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Ples Robinson, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # R-66122   Name of prison or jail: Menard
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                           ☐Yes   ☒No
      Amount N/A   Received by N/A

Ples Robinson

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount ___N/A___ Received by ___N/A___

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount ___N/A___ Received by ___N/A___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes    ☒ No
Amount ___N/A___ Received by ___N/A___

e. ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount ___N/A___ Received by ___N/A___

f. ☐ Any other sources (state source: ___N/A___)    ☐ Yes    ☒ No
Amount ___N/A___ Received by ___N/A___

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property: ___N/A___ Current Value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property: ___N/A___
Type of property: ___N/A___ Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___
Amount of monthly mortgage or loan payments: ___N/A___
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes    ☒ No
Property: ___N/A___
Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
___N/A___

Pled Robinson

## CERTIFICATE

JUL 22 2008

### THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER

Name of Plaintiff/Petitioner: **Ples Robinson**

Institution where confined: **Menard Correctional Center**

Register number: **B-66122**

### THIS SECTION IS FOR COMPLETION BY AN AUTHORIZED OFFICER OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may **not** write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above.

## PURSUANT TO 28 U.S.C. § 1915(a)(2), PLEASE ATTACH A CERTIFIED PRINT-OUT OF ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT FOR THE PAST SIX MONTHS.

I hereby certify that **PLES ROBINSON** currently has the sum
(Name of plaintiff/petitioner)

$ **374.29** on account to his credit at **MENARD CC**
(Institution where confined)

DATED: **7/22/08**

**Ples Robinson**

**Geraldine Berry**
Signature of Authorized Officer of the above Institution

Case 1:08-cv-04838   Document 3   Filed 08/25/2008   Page 4 of 5

Date: 7/22/2008  
Time: 1:26pm  
d_list_inmate_trans_statement_composite

**Menard Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: R66122;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R66122 Robinson, Ples**          **Housing Unit: MEN-N -08-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Beginning Balance:** |  | 1.86 |
| 01/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0072104 | 142326 | Henning, Kimberly | 50.00 | 51.86 |
| 01/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0072104 | 142325 | Henning, Kimberly | 50.00 | 101.86 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 |  | P/R month of 12/2007 | 6.46 | 108.32 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 0092113 | 20045146185 | Henning, Kim | 50.00 | 158.32 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 0092113 | 20045146190 | Henning, Kim | 50.00 | 208.32 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 0092113 | 20045146188 | Henning, Kim | 50.00 | 258.32 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 0092113 | 20045146186 | Henning, Kim | 50.00 | 308.32 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 0092113 | 20045146189 | Henning, Kim | 50.00 | 358.32 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 0092113 | 20045146187 | Henning, Kim | 50.00 | 408.32 |
| 01/16/08 | Point of Sale | 60 Commissary | 016746 | 692991 | Commissary | -7.20 | 401.12 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0352113 | 05754950741 | Heath, Monie | 25.00 | 426.12 |
| 02/06/08 | Point of Sale | 60 Commissary | 037779 | 696652 | Commissary | -15.39 | 410.73 |
| 02/07/08 | Payroll | 20 Payroll Adjustment | 038159 |  | P/R month of 01/2008 | 3.74 | 414.47 |
| 02/13/08 | Point of Sale | 60 Commissary | 044795 | 698863 | Commissary | -133.40 | 281.07 |
| 02/20/08 | Point of Sale | 60 Commissary | 051779 | 700885 | Commissary | -136.88 | 144.19 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 0582113 | 433089 | Heath, Monie | 25.00 | 169.19 |
| 03/06/08 | Point of Sale | 60 Commissary | 066792 | 703552 | Commissary | -46.84 | 122.35 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070169 |  | P/R month of 02/2008 | 8.16 | 130.51 |
| 03/12/08 | Point of Sale | 60 Commissary | 0727121 | 705615 | Commissary | -24.52 | 105.99 |
| 03/14/08 | Mail Room | 01 MO/Checks (Not Held) | 074294 | 161142 | Cook County | 65.48 | 171.47 |
| 03/26/08 | Point of Sale | 60 Commissary | 0867121 | 707591 | Commissary | -9.42 | 162.05 |
| 03/28/08 | Disbursements | 80 Postage | 088359 | Chk #84995 | 62855, DOC: 523 Fund Inmate Re, Inv. Date: 03/25/2008 | -.41 | 161.64 |
| 04/02/08 | Point of Sale | 60 Commissary | 0937120 | 708720 | Commissary | -2.16 | 159.48 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095169 |  | P/R month of 03/2008 | 9.18 | 168.66 |
| 04/09/08 | Point of Sale | 60 Commissary | 1007116 | 710673 | Commissary | -61.32 | 107.34 |
| 04/11/08 | Mail Room | 01 MO/Checks (Not Held) | 1022113 | B350938 | Robinson, Mario | 50.00 | 157.34 |
| 04/11/08 | Mail Room | 01 MO/Checks (Not Held) | 1022113 | B350939 | Robinson, Mario | 50.00 | 207.34 |
| 04/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1052113 | 1456140 | Howard, John | 50.00 | 257.34 |
| 04/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1052113 | 1456141 | Howard, John | 50.00 | 307.34 |
| 04/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1052104 | 302825320 | Hendrix, Tondria | 40.00 | 347.34 |
| 04/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1052104 | 302825321 | Hendrix, Tondria | 40.00 | 387.34 |
| 05/02/08 | Mail Room | 01 MO/Checks (Not Held) | 1232113 | 653167 | Ralph, Eric | 50.00 | 437.34 |
| 05/06/08 | Payroll | 20 Payroll Adjustment | 127159 |  | P/R month of 04/2008 | 10.00 | 447.34 |
| 05/07/08 | Point of Sale | 60 Commissary | 128746 | 714654 | Commissary | -75.19 | 372.15 |
| 05/14/08 | Point of Sale | 60 Commissary | 1357120 | 717386 | Commissary | -34.17 | 337.98 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1352113 | 152388 | Henning, Kimberly | 50.00 | 387.98 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1352113 | 152385 | Henning, Kimberly | 50.00 | 437.98 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1352113 | 152387 | Henning, Kimberly | 50.00 | 487.98 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1352113 | 152384 | Henning, Kimberly | 50.00 | 537.98 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1352113 | 152389 | Henning, Kimberly | 50.00 | 587.98 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1352113 | 152386 | Henning, Kimberly | 50.00 | 637.98 |
| 05/20/08 | Mail Room | 01 MO/Checks (Not Held) | 1412113 | 6800861870 | Hobbs, Ayanna | 20.00 | 657.98 |
| 05/21/08 | Point of Sale | 60 Commissary | 142792 | 719076 | Commissary | -43.92 | 614.06 |
| 05/30/08 | Disbursements | 80 Postage | 151359 | Chk #86116 | 69560, DOC: 523 Fund Inmate Re, Inv. Date: 05/23/2008 | -.18 | 613.88 |
| 06/03/08 | Point of Sale | 60 Commissary | 155762 | 720601 | Commissary | -54.32 | 559.56 |
| 06/05/08 | Payroll | 20 Payroll Adjustment | 157159 |  | P/R month of 05/2008 | 10.00 | 569.56 |
| 06/11/08 | Point of Sale | 60 Commissary | 163792 | 723000 | Commissary | -45.07 | 524.49 |
| 06/13/08 | Disbursements | 80 Postage | 165359 | Chk #86321 | 72133, DOC: 523 Fund Reimburse, Inv. Date: 06/13/2008 | -.83 | 523.66 |

## Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: R66122;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R66122 Robinson, Ples**      **Housing Unit: MEN-N -08-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/18/08 | Point of Sale | 60 Commissary | 170762 | 724868 | Commissary | -23.73 | 499.93 |
| 07/07/08 | Payroll | 20 Payroll Adjustment | 189159 | | P/R month of 06/2008 | 10.00 | 509.93 |
| 07/09/08 | Point of Sale | 60 Commissary | 1917123 | 727241 | Commissary | -17.72 | 492.21 |
| 07/16/08 | Point of Sale | 60 Commissary | 198772 | 729685 | Commissary | -117.92 | 374.29 |

|  |  |
|---|---|
| Total Inmate Funds: | 374.29 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 374.29 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

*Ples Robinson* (signature)