United States District Court
Northern District of Illinois
Eastern Division

Ples Robinson
(Plaintiff)

v.

Assistant Executive Director Romako.
Executive Director Salvador Godinez.
Sheriff Thomas Dart.
Superintendent Salazar.
Officer Staples.
Defendants

Case Number:
Judge.

FILED
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV4838
JUDGE ASPEN
MAG. JUDGE ASHMAN

## Motion For Appointment of Counsel.

1. I Ples Robinson declare that I am the plaintiff in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the court to appoint counsel to represent me in this proceeding.

Ples Robinson

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding. I've written to the following firms and did not receive a answer.

1. Sachnoff/Weaver
30 S. Wacker Drive
Suite 2900
Chi Ill 60602

2. Rudnick/Wolfe
203 N. LaSalle St.
Suite ~~1400~~ 1800
Chicago Ill 60601

3. Gardner Carton/Douglas
321 N. Clark St.
Chicago Ill.
Suite 3400

4. Hopkins/Sutter
Three First
National Plaza
Suite 4100
Chicago Ill 60602

5. Latham/Watkins
5800 Sears Tower
Chicago Ill 60608

6. Kirkland/Ellis.
200 E. Randolph St.
Chicago Ill 60601

P/W Robinson

3. I have attached an original application to proceed in forma pauperis in this proceeding detailing my financial status.

4. I declare under penalty that the foregoing is true and correct.

Pleo Robinson #R-66122
P.O. Box 711
Menard Illinois 62259

Affidavit in support of plaintiff's motion for appointment of Counsel.

I Ples Robinson being duly sworn, deposes and says.

1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for appointment of counsel.

2. The complaint in this case alleges that the plaintiff was subjected to the misconduct of said Cook County jail officals as stated here in it alleges that.

3. This is a complex case, because it contains several different legal claims with each claim involving different sets of defendants.

Ples Robinson

4. The case involves medical issues that may require expert testimony.

5. The plaintiff has demanded a jury trial.

6. The case will require discovery of documents and depositions of a number of witnesses.

7. Plaintiff has very low reading scores and has no legal education.

8. The plaintiff has very limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating and interviewing inmates and other witnesses.

9. As set forth in memorandum of law submitted with this motion, these facts along with the legal merits of plaintiff's claims support the motion of counsel.

Pleo Robinson

Sworn to before me this day and date and year.

(Get Notarized)

Sign: Pled Robinson
ID# R66122
Address: MENARD. C.C.